IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SULYAMAN WASALAAM,           )
                             )
      Plaintiff,             )
                             )
   v.                        )     1:15CV556
                             )
SHERIFF RALPH KERSEY, et al.,)
                             )
      Defendant(s).          )

**ORDER**

On July 23, 2015, the United States Magistrate Judge's Recommendation was filed and on August 12, 2015, notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6 and 9.) Plaintiff timely filed objections (Doc. 10) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the

Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of August, 2015.

 _____
 United States District Judge